IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3149 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| EBER MANCINAS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has absconded.

IT IS ORDERED that Defendant Mancinas' evidentiary hearing and sentencing are continued until further order of the court.

DATED this 2nd day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge